UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT SKYLSTAD,

                  Plaintiff,

     v.

STATE OF WASHINGTON, et al.,

                  Defendants.

CASE NO. C18-1636 JCC-BAT

**ORDER REGARDING CONSENT**

On November 16, 2018, defendants moved to dismiss the complaint. Dkt. 12. The motion is noted for a date that is earlier than due dates the court set in its initial disclosure and joint status report order. The Court thus directs the parties to indicate by **November 26, 2018**, whether they consent or decline consent to Magistrate Judge Tsuchida. The parties shall do so by e-mail to Agalelei Elkington, Courtroom Deputy, at agalelei_elkington@wawd.uscourts.gov.

DATED this 19th day of November, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge