UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT SKYLSTAD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STATE OF WASHINGTON DEPARTMENT ) <br> OF CORRECTIONS; HENRI FISCHER; ) <br> DOMINIC FRANZO; JULIUS MONROE; DON ) <br> WOOD; THERESA COHN; LISA ) <br> ANDERSON; and DOES I-X, ) <br> ) <br> Defendants. ) | Case No. C18 – 1636 JCC-BAT <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT DON WOOD AND DOMINIC FRANZO** |

I, Martha Girma, am not a registered process server. I am an employee of the Civil Rights Justice Center, PLLC. I am over 18, not a party to this action, and competent to testify as to the truth of the matters presented herein.

On November 26, 2018, I emailed Diana Rule and asked her if I could schedule a time to serve both Officer Wood and Officer Franzo. I requested she check with Mr. Wood because she had not received a response from him since her first attempt on November 6th.

On November 27, 2018 Diana Rule emailed me with Officer Franzo's availabilities but made no comments on Officer Wood. I emailed her back on the same day inquiring about Wood and setting up a time to serve both officers at once. Ms. Rule informed me Franzo and Wood are

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT DON WOOD AND DOMINIC FRANCO** - 1
CASE NO. C18 – 1636 JCC-BAT

**Civil Rights Justice Center PLLC**
2150 North 107th St. Ste. 520
Seattle, Washington  98133
(206) 577-7719 / Fax: (206) 659-0183

available to be served on November 29th at 1:45 PM. I was told to meet them and Ms. Rule at Monroe Correctional Complex Twin Rivers Unit.

On November 29th at 11:00am, Diana Rule emailed me that Officer Wood called in sick. He was not coming in to work and will be out for an unknown period of time on extended medical leave. At 1:40pm I arrived and parked at Monroe Correctional Complex Twin Rivers Unit, 16774 170th Drive SE, Monroe, WA 98272-0777. At 1:44pm I handed Don Wood's summons and complaint to Ms. Rule as substitute. Ms. Rule accepted. I was told Officer Franzo is coming off his shift at 1:45 and we will wait for him in the lobby of the TRU building.

At 2pm, I asked about Franzo's whereabouts. Ms. Rule assured me Officer Franzo had communicated to her he would show up as soon as he was relieved. On or about 2:15pm, Ms. Rule called Franzo's supervisor who let us know that Franzo had been relieved from his shift. At 2:25pm, Ms. Rule called Franzo's supervisor again to double check that he indeed was relieved from his shift. The supervisor confirmed.

At this point, we had been waiting for over 45 minutes, the supervisor confirmed Franzo had left and there is only one way to exit the compound. Ms. Rule told me she didn't know what Franzo looked like and he must have knowingly walked right past us without checking in. At that point, I handed Franzo's summons and complaint to Ms. Rule to accept as substitute at approximately 2:30pm.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7 day of December, 2018.

*/s/ Martha Girma* _____
Martha Girma

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT DON WOOD AND DOMINIC FRANCO** - 2
CASE NO. C18 – 1636 JCC-BAT

**Civil Rights Justice Center** PLLC
2150 North 107th St. Ste. 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183