THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT SKYLSTAD,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

CASE NO. C18-1636-JCC

ORDER

The Court, having reviewed the record and the report and recommendation of United States Magistrate Judge Brian A. Tsuchida, hereby ORDERS that:

(1) The report and recommendation (Dkt. No. 25) is ADOPTED;

(2) State Defendants' motion to dismiss (Dkt. No. 12) is GRANTED. Plaintiff's claims against State Defendants are DISMISSED with prejudice;

(3) Defendants Fischer, Cohn, Anderson, and Monroe's motions to dismiss (Dkt. Nos. 17, 23) are DENIED as to Claims Three (Section 1983 Equal Protection) and Four (First Amendment Free Exercise) and GRANTED as to Plaintiff's remaining claims. Claims One, Two, Seven, and Eight are DISMISSED with prejudice as to Defendants Fischer, Cohn, Anderson, and Monroe.

(4) Plaintiff is GRANTED leave to amend his complaint as to Claim Five (Section 1983 Retaliation) and shall file his amended complaint, consistent with this order, with 20

1. days of the issuance of this order.

(5) Defendants' motion to stay discovery (Dkt. No. 17) is DENIED;

(6) The Clerk is DIRECTED to send copies of this order to counsel for all parties and to Judge Tsuchida;

(7) This matter is RE-REFERRED to Judge Tsuchida.

DATED this 22nd day of February 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE