THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT SKYLSTAD,<br><br>                Plaintiff,<br>    v.<br><br>HENRI FISCHER *et al.*,<br><br>                Defendants. | CASE NO. C18-1636-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' motion to stay the trial schedule (Dkt. No. 58). The Court hereby GRANTS the motion and STAYS the trial schedule, including all pretrial deadlines.

DATED this 29th day of May 2020.

                                                    William M. McCool
                                                    Clerk of Court

                                                      s/Tomas Hernandez
                                                      Deputy Clerk